THE PEOPLE, ex rel. HUDSON C. TANNER, Appellant, *v.* THE BOARD OF SUPERVISORS OF HERKIMER COUNTY, Respondent.

(Submitted October 5, 1886; decided October 19, 1886.)

*William Tiffany* for appellant.

*Myron G. Bronner* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

THE PEOPLE, ex rel. JULIA G. JEROME, Appellant, *v.* THE REGISTRAR OF ARREARS OF THE CITY OF BROOKLYN, Respondent.

(Argued October 5, 1886; decided October 19, 1886.)

*Mr. McKewan* for appellant.

*Almet F. Jenks* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.